# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPHINE YURCABA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　　　Defendant. | C21-5753 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The deadline for filing a Joint Status Report and Discovery Plan in the form set forth in the Order entered October 13, 2021, docket no. 3, is sua sponte EXTENDED from December 13, 2021, to January 10, 2022.

(2)　Absent timely filing of the Joint Status Report by January 10, 2022, or cause shown for failing to comply with the Order requiring Joint Status Report, docket no. 3, this action shall be DISMISSED without prejudice.

(3)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of December, 2021.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1