UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPHINE YURCABA,

          Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION,

          Defendant.

C21-5753 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Pursuant to LCR 5.2, Plaintiff is ORDERED, on or before March 16, 2022, to file a redacted version of her Complaint, docket no. 1, redacting to the last four digits the Account Number of the Individual Retirement Account ("IRA") referenced in paragraph 3.4.  Plaintiff shall also file redacted versions of certain exhibits to her Complaint.  Docket nos. 1-4 (IRA Beneficiary Designation Change Form), 1-5 (letter from counsel dated October 16, 2020), 1-6 (One-Time IRA Disbursement Request), and 1-7 (letter from counsel dated March 18, 2021) contain social security numbers and/or financial accounting information that must be redacted pursuant to LCR 5.2.  Plaintiff is DIRECTED to redact all social security numbers in their entirety and all IRA account numbers to the last four digits.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 14th day of March, 2022.

                                  Ravi Subramanian
                                  Clerk

                                  s/Gail Glass
                                  Deputy Clerk

MINUTE ORDER - 1