Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPHINE YURCABA, as Personal Representative of the Estate of Carolyn Black-Brooks,

        Plaintiff,

v.

U.S. BANK, NATIONAL ASSOCIATION, as Trustee of the Brooks Family Trust,

        Defendant.

Case No. 3:21-CV-05753-TSZ

**STIPULATED ORDER OF DISMISSAL**

Plaintiff Josephine Yurcaba, Personal Representative of the Estate of Carolyn Black-Brooks and Defendant U.S. Bank National Association ("U.S. Bank")[1], by and through their respective counsel, stipulate that all claims in the related state court case (Kitsap County Superior Case No. 20-2-01085-18) regarding the Kenneth Brooks Individual Retirement Account

---

[1] U.S. Bank was erroneously named in this case as "U.S. Bank National Association, as Trustee of the Brooks Family Trust." While U.S. Bank previously served in that role, a successor has been appointed. ECF Dkt. 15, Declaration of Grady R. Heins, Ex. A & ¶ 2. Because the Complaint appears to allege claims against U.S. Bank in its capacity as Trustee of the Kenneth M. Brooks SEP IRA, U.S. Bank appeared in that capacity in this case. *See* ECF Dkt. 7 (Notice of Appearance).

STIPULATED ORDER OF DISMISSAL - 1
Case No. 3:21-CV-05753-TSZ

4888-6290-5176.2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

maintained by U.S. Bank and all claims that were or could have been asserted in this action have been resolved.

Based on the stipulation of the parties, docket no. 31, IT IS ORDERED that:

This action is dismissed with prejudice and without an award of costs or attorney fees to either party.

Dated this 24th day of May, 2023.

                             /s/ Thomas S. Zilly
                             Thomas S. Zilly
                             United States District Judge

*Approved as to form:*

| KITSAP LAW GROUP | MILLER NASH LLP |
|---|---|
| */s/William Broughton* | */s/C. Marie Eckert* |
| William Broughton, WSBA #8858 | C. Marie Eckert, WSBA No. 50086 |
| 3212 NW Byron St., Suite 101 | KC Lynne Hovda, WSBA No. 51291 |
| Silverdale, WA 98383 | 3400 U.S. Bancorp Tower |
| Email: bill@kitsaplawgroup.com | 111 S.W. Fifth Avenue |
| Tel: 360.692.6415 | Portland, OR 97204 |
| | Tel: 503.224.5858 |
| | Fax: 203.224.0155 |
| Attorneys for Plaintiff | Email: marie.eckert@millernash.com |
| |         kc.hovda@millernash.com |
| | Attorneys for Defendant U.S. Bank National Association, as Trustee of the Kenneth M. Brooks SEP IRA, erroneously named as "U.S. Bank National Association, as Trustee of the Brooks Family Trust" |

STIPULATED ORDER OF DISMISSAL - 2
Case No. 3:21-CV-05753-TSZ

4888-6290-5176.2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204